JACOB S. JACKSON, Appellant, *v.* GRACE SHERIDAN et al., Respondents.

Argued April 29, 1872; decided November 12, 1872.)

THIS case was argued with *House* v. *Jackson* (*ante*, p. 161). It had reference to the same title and presented the same questions as were considered and disposed of in *Moore* v. *Littel* (41 N. Y., 66), and was decided upon the authority of that case.

*E. P. Wheeler* and *F. J. Fithian* for the appellant.

*D. P. Barnard* for the respondents.

PECKHAM, J., reads for affirmance.
All concur.
Judgment affirmed.

---

MARY H. POWERS, Respondent, *v.* EVERETT P. WHEELER et al., Appellants.

(Argued April 29, 1872; decided November 12, 1872.)

*E. P. Wheeler* and *F. J. Fithian* for the appellants.

*D. P. Barnard* for the respondent.

THIS case presented the same questions, and was argued and decided with *House* v. *Jackson* (*ante*, p. 161).

Judgment modified and affirmed as modified.
All concur.